IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al.,<br><br>    Plaintiffs,<br>  v.<br><br>MICHAEL LEE,<br><br>    Defendant                           / | No. C-04-4710 MMC<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT; VACATING HEARING** |

      Before the Court is plaintiffs' motion for entry of default judgment, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. Defendant, although served with the motion and supporting documents, did not file opposition. Having considered the papers filed in support of the motion, the Court deems the matter suitable for decision on the papers, VACATES the hearing noticed for June 24, 2005, and rules as follows:

      1. Plaintiffs are entitled to judgment against defendants in the amount of $7383.36 for unpaid principal contributions, the amount of $5789.32 for liquidated damages and interest, and the amount of $17,133.19 for violations of the manning and hiring provisions, for a total of $30,305.87.

      2. Plaintiffs are entitled to attorney's fees in the sum of $1737.50, together with costs in the amount of $199.50, for a total of $1937.

      The Clerk shall enter judgment in conformity with this order.

      **IT IS SO ORDERED.**

Dated: June 15, 2005                                    /s/ Maxine M. Chesney
                                                                              MAXINE M. CHESNEY
                                                                               United States District Judge