James P. Watson, Esq. (SBN 46127)
Bruce K. Leigh, Esq. (BN 129753)
STANTON, KAY & WATSON, LLP
101 New Montgomery Street, 5th Floor
San Francisco, California  94105-3612
Telephone:  415-512-3501
Facsimile:   415-512-3515
E-mail:       brucel@skwsf.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL LEE, individually and doing business as MDL AND ASSOCIATES,<br><br>Defendants. | Case No. 3:04cv4710 MMC (JL)<br><br>**ORDER TO SHOW CAUSE RE: CONTEMPT OF COURT, ARREST, AND SANCTIONS FOR FAILURE TO APPEAR FOR EXAMINATION PURSUANT TO COURT ORDER** |

Magistrate Judge James Larson having issued on May 5, 2006, the Order To Appear For Examination, directed to Defendant-Judgment Debtor Michael Lee, and amending said Order by issuing on May 19, 2006, the Notice Of Continuance re-setting the examination to June 28, 2006; Plaintiffs having shown that Defendant was properly served notice of the same; and Defendant having failed to appear for said examination;

THE COURT HEREBY ORDERS DEFENDANT MICHAEL LEE, pursuant to Federal Rules Of Civil Procedure, Rules 69 and 70, California Code Of Civil Procedure, § 708.170(a), 28 U.S.C. § 636(e), and C.C.P. §§ 1209-1222, no later than August 11, 2006, to file with the Clerk of the Court and serve on Plaintiffs his response to this Order, and to appear at United States District

1  Court, 450 Golden Gate Avenue, San Francisco, California, 19th Floor, in courtroom 7, on August
2  25, 2006, at 9:00 a.m., TO SHOW CAUSE why he should not be held in contempt of court for
3  willful disobedience of the above-reference court orders, why a warrant for his arrest should not be
4  issued to compel his appearance for such examination, why he should not be fined and/or
5  imprisoned for contempt of court, and why he should not be ordered to pay Plaintiffs'-Judgment
6  Creditors' costs and reasonable attorney's fees incurred in connection with this examination and
7  enforcement proceeding. Plaintiffs shall have until August 18, 2006, ~~2006~~, to reply to
8  Defendant's response and shall then also appear at said Show Cause hearing.

10  DATED: July 20, 2006                                   _____
11                                                        MAXINE M. CHESNEY
                                                          UNITED STATES DISTRICT JUDGE