IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GIL CROSTHWAITE, et al.,

    Plaintiffs,

v.

MICHAEL LEE, individually and doing business as MDL AND ASSOCIATES,

    Defendant
                                   /

No. C-04-4710 MMC

**ORDER GRANTING PLAINTIFFS' REQUEST FOR ISSUANCE OF BENCH WARRANT; DIRECTIONS TO CLERK**

On July 20, 2006, the Court issued an Order to Show Cause Re: Contempt of Court, Arrest, and Sanctions for Failure to Appear for Examination Pursuant to Court Order, directing defendant Michael Lee to appear before the Court on August 25, 2006 to show cause why he should not be held in contempt of court for willful disobedience of a previously-issued order directing defendant to appear for an examination before Magistrate Judge James Larson. Defendant did not appear on August 25, 2006. Thereafter, on September 6, 2006, plaintiffs requested the Court issue a bench warrant.

Good cause appearing, plaintiffs' request is hereby GRANTED.

The Clerk of the Court is DIRECTED to issue a warrant of arrest, a copy of which is attached hereto.

**IT IS SO ORDERED.**

Dated: October 18, 2006

MAXINE M. CHESNEY
United States District Judge