# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**WARRANT FOR ARREST**

GIL CROSTHWAITE, et al.,

Case No. CV 04-4710 MMC (JL)

v.

MICHAEL LEE, individually and doing
business as MDL AND ASSOCIATES,

To: The United States Marshal and any Authorized United States Officer

      YOU ARE HEREBY COMMANDED to arrest Michael Lee and bring him
forthwith before the undersigned to answer an order of the court directing him to show
cause why he should not be sanctioned for his failure to appear for examination
pursuant to court order.

Maxine M. Chesney
Name of Issuing Officer

U.S. District Judge
Title of Issuing Officer

10/18/06   S.F. CA.
Date and Location

_____
Signature of Issuing Officer

United States District Judge

Bail fixed at $10,000

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named individual at _____ . | | |
| Date Received<br><br>_____<br>Date of Arrest | Name/Title of Arresting Officer | Signature of Arresting Officer |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:[1]

Defendant's Name:          Michael Lee

Alias:                     Unknown

Last Known Residence:      40 Wayne Pl., San Francisco 94133

Last Known Employment:     MDL and Associates
                           329 Bryant St., #3E, San Francisco 94107

Place of Birth:            Unknown

Date of Birth:             1961-1966

Height:                    5'8"

Weight:                    Average

Sex:                       Male

Race:                      Asian (no accent)

Hair:                      Black (some grey) with mustache

Eyes:                      Black

Scars, tattoos, other distinguishing marks: Unknown

FBI Number:                Unknown

Complete Description of Auto:   Make and license number unknown

Other Information:

    Fictitious Business Name: MDL and Associates
    Land Surveyor:            License No. 6180
    Regular Attire:           Informal
    Manner:                   Acted friendly & cooperative in past when served with
                              process

---

[1]The following information has been provided by plaintiffs.