IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs<br><br>v.<br><br>MICHAEL LEE, individually and doing business as MDL AND ASSOCIATES,<br><br>Defendants / | No. C 04-4710 MMC<br><br>**ORDER OF RELEASE AND DISCHARGING BENCH WARRANT** |

The defendant, Michael Lee, is hereby ordered forthwith released from custody and the bench warrant is hereby discharged.

**IT IS SO ORDERED.**

Dated: October 27, 2006

_____
MAXINE M. CHESNEY
United States District Judge