IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs<br><br>v.<br><br>MICHAEL LEE, individually and doing business as MDL AND ASSOCIATES,<br><br>Defendants / | No. C 04-4710 MMC<br><br>**ORDER RE: CONTEMPT FINDING** |

On October 27, 2006, defendant Michael Lee ("Lee") appeared before this Court pursuant to a bench warrant issued October 18, 2006. Said warrant was issued following Lee's failure to appear on August 25, 2006 to show cause why such warrant should not issue and why he should not be held in contempt for his failure to appear for examination as a judgment debtor on June 28, 2006 before Magistrate Judge James Larson.

Having heard and considered Lee's explanation, the Court finds Lee has no excuse for the above-referenced failures to appear. In particular, the Court finds Lee was aware of the orders directing him to appear on June 28, 2006 and August 25, 2006,iconthat he was able to make those appearances, and that he knowingly and voluntarily chose not to do so.

Accordingly, this Court finds Lee to be in contempt of court and subject to sanctions. The Court further finds the appropriate sanction to be the attorney's fees incurred by plaintiffs as a result of the above-referenced failures to appear, the amount of such fees to be determined according to proof submitted by noticed motion.

As set forth at the October 27, 2006 hearing, Lee is ORDERED to appear for examination before Magistrate Judge James Larson, Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, on November 15, 2006 at 9:30 a.m. and to bring with him to said examination all documents set forth in the Order Granting Motion to Compel Production of Documents, filed August 22, 2006 by Magistrate Judge Larson.

**IT IS SO ORDERED.**

Dated: October 27, 2006

MAXINE M. CHESNEY
United States District Judge