1   James P. Watson, Esq. (SBN 46127)
    Bruce K. Leigh, Esq. (BN 129753)
2   STANTON, KAY & WATSON, LLP
    101 New Montgomery Street, 5th Floor
3   San Francisco, California  94105-3612
    Telephone:  415-512-3501
4   Facsimile:   415-512-3515
    E-mail:      brucel@skwsf.com
5
    Attorneys for Plaintiffs
6

7

8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11
    GIL CROSTHWAITE and JOHN BONILLA,        Case No. 3:04cv4710 MMC (JL)
12  in their respective capacities as Trustees of the
    OPERATING ENGINEERS HEALTH AND
13  WELFARE TRUST FUND FOR NORTHERN          ORDER GRANTING MOTION FOR
    CALIFORNIA, et al.,                      ATTORNEY'S FEES RELATED TO
                                             ORDER TO APPEAR FOR
14                                           EXAMINATION, SUBSEQUENT
                    Plaintiffs,              ORDER TO SHOW CAUSE, AND
15                                           SANCTIONS
         vs.
16
    MICHAEL LEE, individually and doing
17  business as MDL AND ASSOCIATES,          JUDGE:  The Honorable
                                                     Maxine M. Chesney
18                  Defendant

19

20          The Court, having issued its Order To Show Cause and, on hearing thereof on October 27,

21  2006, having found defendant in contempt of court and, as a sanction, ordering defendant to pay

22  plaintiffs their attorney's fees incurred in connection with the Order To Appear For Examination

23  and subsequent OSC proceedings, and having received and considered plaintiffs' motion and

24  supporting papers for such attorney's fees, and having received no opposition or other response by

25  defendant within the time required by Civil Local Rule 7-3(a), vacates the hearing scheduled for

26  January 12, 2007, and rules as follows:

27          THE COURT HEREBY FINDS  DEFENDANT LIABLE for plaintiffs' attorney's fees

28  incurred in relation to said Order To Appear For Examination, Order To Show Cause, Bench

-1-

PROPOSED ORDER RE ATTORNEYS FEES AS SANCTION                Case No. 3:04cv4710 MMC (JL)

1  Warrant, and subsequent hearing, examination, and motion herein, AND ORDERS THAT

2  DEFENDANT SHALL PAY PLAINTIFFS the amount of $11,677.50 for said fees, which amount

3  the Court finds reasonable.  This sum shall be added to the judgment already entered against

4  defendant in this action and so shall be subject to execution along with that judgment.

5

   DATED: January 5, 2007

6  _____
   THE HONORABLE MAXINE M. CHESNEY
7  UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED ORDER RE ATTORNEYS FEES AS SANCTION                    Case No. 3:04cv4710 MMC (JL)